# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MARY F. AKRIDGE,**  CASE NO.: 1:17-CV-104-MW-GRJ

    **Plaintiff,**

v.

**SCHOOL BOARD OF ALACHUA COUNTY,**

    **Defendant.**

_____/

## PLAINTIFF'S COUNSEL'S APOLOGY TO THE COURT AND COUNSEL

The undersigned apologizes to the Court and Counsel for Defendant for including punitive damages in this case. The apology is to Counsel for having to file the Motion and to the Court for having to consider it. The undersigned missed the punitive damages when a law clerk with the undersigned's office prepared a draft of the Amended Complaint and should have reviewed it more thoroughly. The undersigned knows that punitive damages are not available against governmental entities.

Respectfully submitted,

/s/ Marie A. Mattox
Marie A. Mattox (FBN 0739685)
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL   32303
Telephone:   (850) 383-4800
Facsimile:    (850) 383-4801

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record this 5th day of July, 2018.

/s/ Marie A. Mattox
Marie A. Mattox