THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY F. AKRIDGE,  CASE NO.: 1:17-CV-104-MW-GRJ

    Plaintiff,

v.

SCHOOL BOARD OF ALACHUA COUNTY,

    Defendant.
_____/

## THE PARTIES' SEVENTH JOINT STATUS REPORT

In accordance with Doc 18, the parties file this Seventh Joint Status Report and advise the Court of the following:

(i) Plaintiff's continued video deposition and witness depositions recently took place.

(ii) The parties are currently in the process of scheduling additional witness depositions.

(iii) Mediation has been scheduled for January 30, 2019.

Dated December 10, 2018.

| | |
|---|---|
| /s/ Lisa M. Truckenbod<br>**MARIE A. MATTOX, P.A.** | /s/ Natasha S. Mickens<br>**DELL SALTER, P.A.** |
| Marie Mattox, Esquire<br>Florida Bar No.: 0737685<br>marie@mattoxlaw.com<br>Lisa M. Truckenbrod<br>Florida Bar No.: 132055<br>ltrucken@comcast.net<br>310 East Bradford Road<br>Tallahassee, Florida 32303<br>(850) 383-4800<br>Attorney for Plaintiff | David M. Delaney<br>Florida Bar No.:  121060<br>david.delaney@dellsalter.com<br>Natasha S. Mickens<br>Florida Bar No.: 0112709<br>natasha.mickens@dellsalter.com<br>203 NE 1st Street<br>Gainesville, FL 32601<br>(352) 372-4381<br>Secondary emails:<br>elizabeth.whisler@dellsalter.com<br>leann.campbell@dellsalter.com<br>Attorneys for the School Board |