**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**MARY F. AKRIDGE,**

      **Plaintiff,**

**v.**                                                   **CASE NO.  1:17-cv-00104-MW-GRJ**

**SCHOOL BOARD OF ALACHUA**
**COUNTY,**

      **Defendant.**

_____/

## CONSENTED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Marie A. Mattox, and Marie A. Mattox, P.A., hereby move to withdraw as counsel for Plaintiff, MARY AKRIDGE, pursuant to N.D. Local Rule 11.1, and state the following in support thereof:

1.	Marie A. Mattox and all attorneys associated with Marie A. Mattox, P.A., move to withdraw as counsel for Plaintiff.

2.	A conflict has arisen that prevents the undersigned and her firm from proceeding forward to represent the Plaintiff in this case. Consequently, the undersigned and her firm seek removal from their obligation of representation in this case. The conflict between Plaintiff and her counsel cannot be resolved.

3.	The undersigned and her firm respectfully requests that they be permitted to withdraw as counsel for Plaintiff, for the reasons stated above.

4.      Plaintiff's last known address is  605 SW Naha St., Keystone Heights,

FL 32656; Plaintiff's last known telephone number is 850-338-2797; Plaintiff's

email address is mfakridg@bellsouth.net.

5.      Plaintiff has been provided with notice of the conflict and consents to

the undersigned's withdrawal.  Defendant's counsel has also been consulted and

consents to the withdrawal requested herein.

WHEREFORE, Marie A. Mattox, and Marie A. Mattox, P.A., hereby

respectfully request that they be permitted to withdraw as counsel for Plaintiff, all

for the reasons more fully set forth above.

Respectfully submitted,


/s/ Marie A. Mattox
Marie A. Mattox; FBN: 0739685
MARIE A. MATTOX, P. A.
310 East Bradford Road
Tallahassee, FL   32303-4804
Telephone:  (850) 383-4800
Facsimile:   (850) 383-4801
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF WORD COUNT AND FONT

I HEREBY CERTIFY that this Motion is typed in 14 point font and that

there are 363 words herein.


s/ Marie A. Mattox
Marie A. Mattox

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via CM/ECF to all counsel of record this 18th day of December, 2018.

/s/ Marie A. Mattox
Marie A. Mattox