UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARY F. AKRIDGE,**

    **Plaintiff,**

v.　　　　　　　　　　CASE NO.  1:17-cv-00104-MW-GRJ

**SCHOOL BOARD OF ALACHUA COUNTY,**

    **Defendant.**
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Lisa Truckenbrod, hereby moves to withdraw as counsel for Plaintiff, MARY AKRIDGE, pursuant to N.D. Local Rule 11.1, and states the following in support thereof:

1.  Lisa Truckenbrod moves to withdraw as counsel for Plaintiff.

2.  A conflict has arisen that prevents the undersigned from proceeding forward to represent the Plaintiff in this case. Consequently, the undersigned seeks removal from her obligation of representation in this case. The conflict between Plaintiff and her counsel cannot be resolved.

3.  The undersigned respectfully requests that she be permitted to withdraw as counsel for Plaintiff, for the reasons stated above.

4. Plaintiff's last known address is 605 SW Naha St., Keystone Heights, FL 32656; Plaintiff's last known telephone number is 850-338-2797; Plaintiff's email address is mfakridg@bellsouth.net.

5. Plaintiff has been provided with notice of the conflict and consents to the undersigned's withdrawal.  Defendant's counsel has also been consulted and consents to the withdrawal requested herein.

WHEREFORE, Lisa Truckenbrod hereby respectfully request that she be permitted to withdraw as counsel for Plaintiff, all for the reasons more fully set forth above.

Respectfully submitted,

/s/ Lisa Truckenbrod
Lisa Truckenbrod; FBN: 132055

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF WORD COUNT AND FONT

I HEREBY CERTIFY that this Motion is typed in 14 point font and that there are 288 words herein.

s/ Lisa Truckenbrod
Lisa Truckenbrod

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been furnished via CM/ECF to all counsel of record this 26th day of December, 2018.

                                          /s/ Lisa Truckenbrod
                                          Lisa Truckenbrod