THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY F. AKRIDGE,   CASE NO.: 1:17-CV-104-MW-GRJ

    Plaintiff,

v.

SCHOOL BOARD OF ALACHUA COUNTY,

    Defendant.
_____/

## **THE PARTIES' TWENTY-NINTH JOINT STATUS REPORT**

In accordance with Doc. 18, the parties file this Twenty-Ninth Joint Status Report and advise the Court of the following:

(i) Plaintiff's previous counsel, Marie Mattox, Esq. and Lisa Truckenbrod, Esq., withdrew from representation of Plaintiff.

(ii) At a telephonic hearing with the parties on February 20, 2019, Plaintiff informed the Court that she would be proceeding with the case pro se.

(iii) Per the Second Amended Scheduling and Mediation Order dated February 28, 2019 (Doc. 53, ¶ 11), the parties have been relieved of their obligation to mediate.

(iv) The discovery deadline, per the Second Amended Scheduling and Mediation Order, was April 25, 2019 (Doc. 53, ¶ 2).

(v) Defendant filed a Motion for Summary Judgment (Doc. 56) with the Court on March 25, 2019. Pro Se Plaintiff filed a Response in

Opposition to Defendant's Motion for Summary Judgment (Doc. 60) with the Court on May 6, 2019. Defendant filed a Motion to Strike Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 62) with the Court on May 23, 2019. This Court issued an Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgement (Doc. 65) on May 28, 2019.

(vi) Plaintiff filed a Motion to Reconsider and to Alter Judgment (Doc. 67) with this Court on June 7, 2019. This Court issued an Order Denying Plaintiff's Motion for Reconsideration (Doc. 68) on June 9, 2019.

(vii) Plaintiff filed a Second Motion to Reconsider and to Alter Judgment (Doc. 72) on July 29, 2019. Defendant filed a Response to Plaintiff's Second Motion to Reconsider and to Alter Judgment (Doc. 76) on August 7, 2019, pursuant to this Court's Order (Doc. 74). This Court issued an Order Denying Plaintiff's Second Motion to Reconsider on August 13, 2019 (Doc. 81).

(viii) Defendant filed four Motions in Limine (Doc. 77, Doc. 78, Doc. 79, Doc. 80). This Court issued an Order on Defendant's Motions in Limine granting in part and denying in part on October 2, 2019 (Doc. 84).

(ix) Plaintiff filed a Motion for Leave to File Confidential Documents, which the Court granted on February 5, 2020. Thereafter, documents

were filed under seal with the Court. In response, Defendant filed two Motions to Strike and a Motion for Sanctions. (Doc. 96-98). The Court issued an Order denying Defendant's Motions to Strike and Sanctions on February 17, 2020 (Doc. 101).

(x)   The parties met for the pre-trial conference between the parties on February 13, 2020, pursuant to the Second Order for Pretrial Conference (Doc. 87, ¶¶ I(B) and II).

(xi)  Plaintiff filed a Motion to Reconsider and Grant Summary Judgment for Plaintiff, if Appropriate on February 27, 2020 (Doc. 102). Defendant filed a Response to Plaintiff's Motion on March 9, 2020 (Doc. 104). The Court issued an Order denying Plaintiff's Motion to Reconsider and Grant Summary Judgment for Plaintiff if Appropriate on March 10, 2020 (Doc. 107).

(xii) In light of COVID-19, on March 16, 2020, this Court issued an Order cancelling the jury trial scheduled for May 11, 2020 and pretrial conference scheduled for April 16, 2020 (Doc. 109). It is the parties' understanding that trial will be rescheduled expeditiously once the need for special measures has passed (Doc. 109).

Dated February 8, 2020.

| | |
|---|---|
| **MARY AKRIDGE, PRO SE** | **DELL GRAHAM, P.A.** |
| /s/ Mary Akridge | /s/ Natasha S. Mickens |
| Mary Akridge | David M. Delaney |
| 605 SW Naha Street | Florida Bar No.: 121060 |
| Keystone Heights, FL 32656 | david.delaney@dellgraham.com |
| mfakridg@bellsouth.net | Natasha S. Mickens |
| (352) 235-6234 | Florida Bar No.: 0112709 |
| Pro Se Plaintiff | natasha.mickens@dellgraham.com |
| | 2631 NW 41st Street |
| | Building B |
| | Gainesville, FL 32606 |
| | (352) 416-0066 |
| | Secondary emails: |
| | elizabeth.whisler@dellgraham.com |
| | leann.campbell@dellgraham.com |
| | Attorneys for the School Board |